IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SOULEYMANE CAMARA,  :  Civil No. 3:23-cv-560
:
Petitioner  :  (Judge Mariani)
:
v.  :
:
WARDEN BARRAZA,  :
:
Respondent  :

## ORDER

**AND NOW**, this ____6th____ day of June, 2023, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus is **DENIED**. (Doc. 1).

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge